Dismissed and Opinion filed September 26, 2002









Dismissed and Opinion filed September 26, 2002.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-02-00887-CV

____________

 

THE UNIVERSITY OF TEXAS MEDICAL BRANCH AT
GALVESTON, Appellant

 

V.

 

DYLAN DIRK SARVER and wife, KAREN ANN
SARVER, Appellees

 



 

On Appeal from the 122nd District Court

Galveston County, Texas

Trial Court Cause No. 01CV0651

 



 

M
E M O R A N D U M   O P I N I O N

This is an interlocutory appeal from the denial of a plea to
the jurisdiction signed August 2, 2002. 
On September 23, 2002, appellant filed a motion to withdraw its appeal
because appellant no longer desires to prosecute its appeal.  See Tex.
R. App. P. 42.1.  The motion is
granted. 

Accordingly, the appeal is ordered dismissed.  

PER CURIAM

Judgment rendered and Opinion
filed September 26, 2002.

Panel consists of Justices
Edelman, Seymore and Guzman.

Do Not Publish C Tex. R. App. P. 47.3(b).